NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER
GREGORY W. SMITH (SBN 134385)
DIANA WANG WELLS (SBN 284215)
LEILA K. AL FAIZ (SBN 284309)
LAW OFFICES OF GREGORY W. SMITH
9100 WILSHIRE BOULEVARD, SUITE 345E
BEVERLY HILLS, CALIFORNIA 90212
TELEPHONE: (310) 777-7894 * FACSIMILE: (310) 777-7895
EMAIL: SFRANCIA@GWSLEGAL.COM
ATTORNEY(S) FOR: PLAINTIFF NOAH KIRK

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

NOAH KIRK,

Plaintiff(s),

v.

LOS ANGELES COUNTY, LOS ANGELES COUNTY SHERIFF'S DEPARTMENT, JOE DEMPSEY, ERIC PARRA, GINA PARRA, ETC.

Defendant(s).

CASE NUMBER:

**CERTIFICATION AND NOTICE
OF INTERESTED PARTIES
(Local Rule 7.1-1)**

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for PLAINTIFF NOAH KIRK or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| NOAH KIRK | PLAINTIFF |
| LOS ANGELES COUNTY | DEFENDANT |
| LOS ANGELES COUNTY SHERIFF'S DEPARTMENT | DEFENDANT |
| JOE DEMPSEY | DEFENDANT |
| ERIC PARRA | DEFENDANT |
| GINA PARRA | DEFENDANT |
| CHRISTY GUYOVICH | DEFENDANT |
| JOHANN THRALL | DEFENDANT |
| GABE RAMIREZ | DEFENDANT |
| MILTON MURPHEY | DEFENDANT |
| BRANDON LEFEVRE | DEFENDANT |
| JOHN KEPLEY | DEFENDANT |
| JOEL BARNETT | DEFENDANT |

APRIL 30, 2018
Date

/S/ GREGORY W. SMITH
Signature

Attorney of record for (or name of party appearing in pro per):

PLAINTIFF NOAH KIRK

**PAGE 2 ADDITIONAL SHEET RE:**

**CERTIFICATION AND NOTICE OF INTERESTED PARTIES (LOCAL RULE 7.1-1)**

| PARTY | CONNECTION / INTEREST |
|---|---|
| PATRICK VALDEZ | DEFENDANT |
| YVONNE O'BRIEN | DEFENDANT |
| JESSIKA TREND | DEFENDANT |
| DOES 1-200 | DEFENDANTS |