UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 18-3651 FMO (SKx) | Date | January 18, 2019 |
|---|---|---|---|
| Title | Noah Kirk v. Los Angeles County, et al. | | |

| Present: The Honorable | Fernando M. Olguin, United States District Judge | |
|---|---|---|
| Vanessa Figueroa | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorney Present for Plaintiff(s): | Attorney Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:**     (In Chambers) Order Re: Further Proceedings

Having reviewed and considered the parties' Stipulation Regarding Extension of Litigation Deadlines (Dkt. 82, "Stipulation"), IT IS ORDERED THAT:

1. The Stipulation (**Document No. 82**) is **granted in part** as set forth below.

2. All fact discovery shall be completed no later than **May 7, 2019**.[1]

3. All expert discovery shall be completed by **July 22, 2019**. The parties must serve their Initial Expert Witness Disclosures no later than **May 21, 2019**. Rebuttal Expert Witness Disclosures shall be served no later than **June 20, 2019**. The parties should commence expert discovery shortly after the initial designation of experts, because Local Rules 7-3 and 37-1 require ample time to meet and confer as well as brief the matters, and because the final pretrial conference and trial dates will not be continued merely because expert discovery is still underway.

4. The parties shall complete their settlement conference before a mediator from the court's ADR panel ("settlement officer") no later than **May 7, 2019**. Plaintiff's counsel shall contact the settlement officer with enough time so that the settlement conference date is early enough to comply with the settlement completion deadline imposed by this court. After obtaining available dates from the settlement officer, counsel for the parties shall confer and select one of the proposed dates. Plaintiff's counsel shall then advise the settlement officer of the settlement conference date selected by parties. If the case settles, counsel shall file a Notice of Settlement no later than 24 hours after the case is settled, stating when they expect to file their dismissal papers. Otherwise, **the parties must, no later than 48 hours after the settlement conference is completed, file a Status Report Re: Settlement**. The Status Report shall not disclose the parties' settlement positions, i.e., the terms of any offers or demands. The Status Report shall describe the efforts made by the parties to resolve the dispute informally, i.e., the occasions and

---

[1] Except as set forth in this order, the parties shall comply with all the dates and requirements set forth in the Court's Case Management Order of **September 10, 2018 (Dkt. 68)**.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 18-3651 FMO (SKx) | Date | January 18, 2019 |
|---|---|---|---|
| Title | Noah Kirk v. Los Angeles County, et al. | | |

dates when the parties participated in mediation or settlement conferences.  The Status Report shall also include the name of the settlement officer who assisted the parties with their settlement conference.

    5.  Any motion for summary judgment or other potentially dispositive motion shall be filed no later than **August 22, 2019**, and noticed for hearing regularly under the Local Rules.  Any untimely or non-conforming motion will be denied.  *All potentially dispositive motions shall comply with the requirements set forth in the Court's Order Re: Summary Judgment Motions (Dkt. 69).*  Each party is allowed one potentially dispositive motion.

    6.  The parties shall file memoranda of contentions of fact and law; witness lists; the Pretrial Exhibit Stipulation; and joint motions in limine no later than **October 18, 2019**.

    7.  The parties shall lodge their proposed Pretrial Conference Order and file the Joint Jury Instructions; Disputed Jury Instructions; a joint proposed verdict form; a joint statement of the case; proposed additional voir dire questions, if desired; and reply memoranda to motions in limine no later than **October 25, 2019**.

    The parties shall also send copies of the proposed Pretrial Conference Order; Joint Jury Instructions; Disputed Jury Instructions; the joint proposed verdict form; the joint statement of the case; and any proposed additional voir dire questions, to the chambers e-mail address (fmo_chambers@cacd.uscourts.gov) in WordPerfect (the court's preference) or Word format.

    8.  The final pretrial conference and hearing on motions in limine is scheduled for **November 8, 2019**, at 10:00 a.m.

    9.  The trial is scheduled to begin on **November 26, 2019**, at 9:00 a.m.  On the first day of trial, **counsel must appear at 8:45 a.m.** to discuss preliminary matters with the court.

    10.  Absent exceptional circumstances, no further extensions will be granted.

    11.  The parties are reminded that discovery is not stayed, notwithstanding the pending motion to dismiss.  (See Dkt. 68, Court's Order of September 10, 2018, at 2); (Dkt. 42, Court's Order of June 15, 2018).

|  | 00 : 00 |
|---|---|
| Initials of Preparer | vdr |